## AFFIDAVIT

I, Reynaldo Sanabria, do hereby depose and state:

### AGENT BACKGROUND

I am a Task Force officer of the United States within the meaning of Title 18, United States Code, Section 2510(7). I am, therefore, an officer of the United States who is empowered to conduct investigations of, and to make arrests for, the offenses enumerated in Title 18, United States Code, Section 2516. I have been employed as a Task Force Officer for approximately 19 years. I am currently assigned to the Homeland Security Investigations (HSI) Ponce, Puerto Rico Office and participate in investigations involving organized crime, money laundering, narcotics, illegal firearms, child pornography, immigration violations among other investigations.

I have drafted this affidavit for the limited purpose of establishing probable cause for the violations listed on the attached criminal complaint and therefore have not included all of the facts of this investigation. The facts set forth herein are based on my personal knowledge and information furnished to me by other federal and state law enforcement officers.

### FACTS SUPPORTING PROBABLE CAUSE

1. On April 3, 2025, at approximately 11:33 AM, Bureau of the Puerto Rico Police Intelligence Unit (BPRPIU) Officers assigned to the Caguas, Puerto Rico area of responsibility, provided direct support to State Housing Agency while they were conducting inspections of vacant apartments at the Luis del Carmen Echevaría Public Housing Project (PHP) in Gurabo, Puerto Rico. The conducted operation was part of an established joint effort between the Bureau of the Puerto Rico Police and the State Housing Agency.

2. During the inspection operations, two officers assigned to the BPRPIU, observed a male subject, later identified as Angel Luis QUINTANA-Alvarez, walking with haste and carrying a black duffle bag. The officers maintained visual of QUINTANA-Alvarez and was later observed entering apartment number 41 in building 6 (six) at the Luis del Carmen Echevarría PHP. Officers approached building six while maintaining visual of the identified apartment and later observed QUINTANA-Alvarez throwing or launching the black duffel bag out the balcony area to the exterior patio.

3. Officers immediately reached the black duffel bag's location and observed several items that came out of the bag when it landed on the ground to include one rifle, multiple rounds of ammunition of different caliber for both pistol and rifle, one pistol, radio scanners, suspected narcotics ready or packaged for street sale and distribution, and

approximately $1,020.00 in cash.

4. Officers immediately approached apartment 41 at building 6 and encountered two male subjects to include QUINTANA-Alvarez and a second subject who claimed to be resident of the apartment. Both subjects were then arrested and transported to the Caguas BPRPI Office pending further investigation.

5. At the BPRPIU Office, officers conducted a search incident to the arrest of the black duffle bag and identified a black rifle, 2 rifle magazines, approximately 69 rifle rounds, a Glock pistol black in color, 2 Glock pistol extended magazines and one standard Glock pistol magazined, approximately 83 rounds of .40 caliber, three radio scanners, approximately 240 unknown pills, approximately 51 decks or small packages containing suspected heroin, approximately 44 small bags with suspected cocaine, approximately 291 containers with suspected crack cocaine, approximately 52 containers containing suspected marijuana, and approximately $1,020.00 in U.S. dollars.







6. Field tests conducted by BPRPIU Officer yielded positive results for the presence of cocaine, heroin, marijuana, and fentanyl.

7. A closer inspection of the pistol conducted by both the BPRPIU Officers and Homeland Security Special Investigation Special Agent revealed sings of modifications that would allow the pistol to fire as a machine gun.

8. Based on my training and experience, I know that the seized firearm and ammunition are not manufactured in Puerto Rico which indicates that they crossed over interstate commerce.

9. QUINTANA-Alvarez was read his Miranda Rights and Warnings in his language of preference of Spanish and later refused to provide a statement and answer questions.

### CONCLUSION

10. Based on the facts set forth above, I respectfully submit that there exists probable cause to charge Angel Luis QUINTANA-Alvarez with violations of Title 18 United States Code, Section 924 (c)(1)(A) Possession of Firearm in Furtherance of a Drug Trafficking Crime, and Title 21 United States Code, Section 841 Possession With Intent to Distribute of a Controlled Substance.

I hereby declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

**Reynaldo Sanabria**
Task Force Officer
Homeland Security Investigations

Subscribed and sworn before me pursuant to FRCP 4.1 at 1:22 p.m. by telephone, this 4th day of April, 2025.

Digitally signed by Hon. Giselle López-Soler

Honorable Giselle López-Soler
United States Magistrate Judge